# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JON L. RICHTER, D.M.D., Ph. D., :
:
              Plaintiff, : CIVIL ACTION
:
  v. : NO. 10-CV-7133
:
GEICO INDEM. CO., :
:
              Defendant. :

## **ORDER**

AND NOW, this 23rd day of June, 2011, upon consideration of Defendant's 12(b)(6) Motion to Dismiss in Part Counts II and III of the Amended Complaint (Doc. No. 6), Plaintiff's response in opposition thereto (Doc. No. 7), and Defendant's reply in further support thereof (Doc. No. 8), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that Defendant's Motion to Dismiss in Part Counts II and III of the Amended Complaint is DENIED.

                                      BY THE COURT:

                                      /s/ J. Curtis Joymer
                                      J. CURTIS JOYNER, C.J.